**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

DAVID CHROENG — CIVIL ACTION NO. 1:26-1989

VERSUS — JUDGE S. MAURICE HICKS, JR.

WARDEN, RIVER CORRECTIONAL FACILITY, ET AL. — MAGISTRATE JUDGE WHITEHURST

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DENIED WITHOUT PREJUDICE** and **DISMISSED** because the Petitioner's claims are **MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this the 5th day of November, 2026.

UNITED STATES DISTRICT JUDGE